WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net

*Attorney for Plaintiff, U.S. Bank, National Association, Successor Trustee To Bank Of America, N.A., As Successor Trustee To LaSalle Bank, N.A, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FF1,<br><br>            Plaintiff,<br>    vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>            Defendants. | Case No.:  2:19-cv-00809-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 53]**<br><br>**(Second Request)** |

COMES NOW, Plaintiff, U.S. Bank, National Association, Successor Trustee To Bank Of America, N.A., As Successor Trustee To LaSalle Bank, N.A, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1 ("US Bank") and Defendant, Fidelity National Title Insurance Company ("Fidelity"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Fidelity filed a Motion to Dismiss [ECF Nos. 53];

2. US Bank's deadline to respond to Fidelity's Motion to Dismiss is currently April 9, 2024 following an initial extension granted by this Court [ECF No. 57];

3. Since the initial extension, on April 4. 2024, the Ninth Circuit Court of Appeals issued a memorandum decision in *Wells Fargo Bank, N.A. v. Commonwealth Land Title Insurance Company*, Ninth Cir. Case No. 19-16181 (District Court Case No. 2:18-CV-00494-APG-BNW) ("*Wells Fargo*"). US Bank requires additional time to assess any potential impact of *Wells Fargo* on this matter;

4. Accordingly, good cause exists to grant a one-week extension up to and including April 16, 2024 for US Bank to file its response to Fidelity's Motion to Dismiss;

5. Counsel for Fidelity does not oppose the requested extension;

6. This is the second request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 9th day of April, 2024. | DATED this 9th day of April, 2024. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN KARGHER LLP |
| /s/ *Yanxiong Li, Esq.* | /s/ *Kevin S. Sinclair, Esq.* |
| Yanxiong Li, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 12807 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 15260 Ventura Blvd., Ste 715 |
| Las Vegas, NV 89117 | Sherman Oaks, California 91403 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED**.

DATED: April 9, 2024

_____
DISTRICT COURT JUDGE