Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY, SUCCESSOR BY MERGER TO LAWYERS TITLE INSURANCE CORPORATION

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:19-CV-00809-GMN-BNW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff U.S. Bank National Association and defendant Fidelity National Title Insurance Company, successor by merger to Lawyers Title Insurance Corporation stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with



1  each party to bear its own fees and costs.

2

3  Dated: April 22, 2024                    SINCLAIR BRAUN KARGHER LLP

4

5                                           By: /s/-Kevin S. Sinclair
                                                KEVIN S. SINCLAIR
                                                Attorneys for Defendants
6                                               FIDELITY NATIONAL TITLE INSURANCE
                                                COMPANY, SUCCESSOR BY MERGER TO
7                                               LAWYERS TITLE INSURANCE
                                                CORPORATION
8

9  Dated: April 22, 2024                    WRIGHT FINLAY & ZAK LLP

10

11                                          By: /s/-Christina V. Miller
                                                CHRISTINA V. MILLER
12                                              Attorneys for Plaintiff
                                                U.S. BANK, NATIONAL ASSOCIATION
13

14  **IT IS SO ORDERED.**
    **IT IS FURTHER ORDERED** that the Motion to Dismiss, (ECF No. 53), and Motion to Stay,
15  (ECF No. 54), are **DENIED as moot.**

16

17                                          4/22/24
                                            THE HON. GLORIA M. NAVARRO
18                                          UNITED STATES DISTRICT JUDGE

